UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | 3:CR 010-0090-05 |
| VS. : | |
| : | (JUDGE CAPUTO) |
| GHAMDEN ALZABIDI , : | |
| Defendant : | |

## **ORDER**

The United States has filed motion a requesting this Court to issue an arrest warrant and to revoke the bail of the defendant, GHAMDEN ALZABIDI. The Government submits there is clear and convincing evidence to believe that the defendant has violated conditions of bail supervision and that the defendant is unlikely to abide by any further condition or combination of conditions.

Having reviewed the Motion for Arrest Warrant and for Revocation of Bail Supervision submitted by the United States in the above-captioned matter,

IT IS HEREBY ORDERED that a Warrant for Arrest shall be issued directing the United States Marshal or any other authorized United States Officer to immediately arrest the defendant, GHAMDEN ALZABIDI, and take him into custody and that the defendant be brought before the Court for a hearing on the government's Motion to Revoke Bail.

_____
A. RICHARD CAPUTO
UNITED STATES DISTRICT JUDGE

Dated: November 7, 2011